VERNA S. KELLEY, Appellant, v. THE CITY OF UTICA, NEW YORK, and HARVEY LAPE, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendants in an automobile negligence action. The order denies plaintiff's motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

JOHN KELLEY, Appellant, v. THE CITY OF UTICA, NEW YORK, and HARVEY LAPE, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendants in an automobile negligence action. The order denies plaintiff's motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

FRANCES L. TOLLIN, Respondent, v. BRUCE A. NORDSETH, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order sets aside a ten-to-two verdict of a jury in favor of defendant for no cause of action, and grants a new trial, in an automobile negligence action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.